UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHANTANICE BARKSDALE,

    Plaintiff,

v.

COUNTY OF MACOMB, et al.,

    Defendants.

Case No. 21-cv-12729
Hon. Matthew F. Leitman

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff Shantanice Barksdale, and Defendants Macomb County, Michael Gorges, and Amanda Backers, by their undersigned counsel, and hereby stipulate to the dismissal of all claims and causes of action set forth in the operative complaint with prejudice and without costs, fees, or attorney fees against any of the parties.

Approved on July 1, 2025 by:

/s/ *Ivan Land (w/ consent)*
Ivan Land (P65879))
Attorney for Plaintiff Barksdale

/s/ *James M. Surowiec*
James M. Surowiec (P49560)
Attorney for County Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHANTANICE BARKSDALE,

    Plaintiff,                                     Case No. 21-cv-12729
                                                                                     Hon. Matthew F. Leitman

v.

COUNTY OF MACOMB, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Based on the the above stipulation, the COURT HEREBY ORDERS THAT this lawsuit is **DISMISSED** against all defendants, with prejudice and without costs, fees, or attorney fees as to any party.

    **IT IS SO ORDERED**.

        **This is a final order and closes the case.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2025